**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1018**

_____

VASU D. ARORA, M.D.,

                                        Plaintiff - Appellant,

        versus

SAHAI INDERNEEL; BUCHANAN GENERAL HOSPITAL;
DOES 1 THROUGH 25,

                                        Defendants - Appellees,

        and

H. A. STREET,

                                        Party in Interest.

_____

**No. 05-1019**

_____

VASU D. ARORA, M.D.,

                                        Plaintiff - Appellant,

        versus

MANSOOR HYDER; APPALACHIAN REGIONAL HOSPITAL;
DOES 1 THROUGH 25,

                                        Defendants - Appellees,

        and

H. A. STREET,

Party in Interest.

---

**No. 05-1020**

---

VASU D. ARORA, M.D.,

Plaintiff - Appellant,

versus

ABU S. MATIN, M.D.; DOES 1 THROUGH 25; JOHN
DOE,

Defendants - Appellees,

and

H. A. STREET,

Party in Interest.

---

**05-1021**

---

VASU D. ARORA, M.D.,

Plaintiff - Appellant,

versus

KAMRAN FASIH, M.D.; APPALACHIAN REGIONAL
HOSPITAL; DOES 1 THROUGH 25,

Defendants - Appellees,

and

H. A. STREET,

                              Party in Interest.

                    _____

                       No. 05-1022
                    _____

VASU D. ARORA, M.D.,

                              Plaintiff - Appellant,

     versus

AMJAD HUSAIN, M.D.; BUCHANAN GENERAL HOSPITAL;
DOES 1 THROUGH 25,

                              Defendants - Appellees,

     and

H. A. STREET,

                              Party in Interest.

                    _____

                       No. 05-1023
                    _____

VASU D. ARORA, M.D.,

                              Plaintiff - Appellant,

     versus

JOSE A. ALEMPARTE, M.D.; BUCHANAN GENERAL
HOSPITAL; M. J. THAKKER; TRI STATE CLINIC;
SPARKS MEDICAL CENTER; DOES 1 THROUGH 25,

                              Defendants - Appellees,

     and

- 3 -

H. A. STREET,

Party in Interest.

---

**No. 05-1024**

---

VASU D. ARORA, M.D.,

Plaintiff - Appellant,

versus

RANA TABASSUM, M.D.; APPALACHIAN REGIONAL
HOSPITAL; DOES 1 THROUGH 25,

Defendants - Appellees,

and

H. A. STREET,

Party in Interest.

---

Appeals from the United States District Court for the Western
District of Virginia, at Abingdon. James P. Jones, Chief District
Judge. (CA-04-30-1; CA-04-31-1; CA-04-32-1; CA-04-33-1; CA-04-34-
1; CA-04-35-1; CA-04-36-1)

---

Submitted: May 19, 2005          Decided: May 24, 2005

---

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vasu D. Arora, Appellant Pro Se. Thomas Ralph Scott, Jr., STREET,
STREET, STREET, SCOTT & BOWMAN, Grundy, Virginia; William Morris
Moffett, PENN, STUART & ESKRIDGE, Abington, Virginia; Kimberly W.

Daniel, HANCOCK, DANIEL, JOHNSON & NAGLE, PC, Glen Allen, Virginia; Robert Brooks Altizer, GILLESPIE, HART, ALTIZER & WHITESELL, Tazewell, Virginia; Bryan Grimes Williams Creasy, JOHNSON, AYERS & MATTHEWS, PLC, Roanoke, Virginia, for Appellees.

------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these seven appeals, Vasu D. Arora appeals from the district court's orders dismissing his actions in which he asserted claims for breach of contract and tortious interference with a contract and enjoining him from filing further actions in the district court pro se without prior permission from the court. We have reviewed the records and find no reversible error and no abuse of discretion. Accordingly, we affirm for the reasons stated by the district court. Arora v. Inderneel, No. CA-04-30-1 (W.D. Va. Nov. 24, 2004); Arora v. Hyder, No. CA-04-31-1 (W.D. Va. Nov. 24, 2004); Arora v. Matin, No. CA-04-32-1 (W.D. Va. Nov. 24, 2004); Arora v. Fasih, No. CA-04-33-1 (W.D. Va. Nov. 24, 2004); Arora v. Husain, No. CA-04-34-1 (W.D. Va. Nov. 24, 2004); Arora v. Alemparte, No. CA-04-35-1 (W.D. Va. Nov. 24, 2004); Arora v. Tabassum, No. CA-04-36-1 (W.D. Va. Nov. 24, 2004); see In re March, 988 F.2d 498, 500 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED